136 So.2d 904

**Calvin COFIELD**

v.

**STATE.**

**8 Div. 90.**

Supreme Court of Alabama.

Jan. 18, 1962.

Howell T. Heflin, Tuscumbia, for petitioner.

MacDonald Gallion, Atty. Gen., opposed.

LAWSON, Justice.

Petition of Calvin Cofield for certiorari to the Court of Appeals to review and revise the judgment and decision in Cofield v. State, 136 So.2d 897 (8 Div. 775).

Writ denied.

LIVINGSTON, C. J., and STAKELY and MERRILL, JJ., concur.

144 So.2d 57

**Thomas COLE**

v.

**STATE of Alabama.**

**8 Div. 88.**

Supreme Court of Alabama.

Aug. 30, 1962.

Certiorari to Court of Appeals.

MacDonald Gallion, Atty. Gen., and David W. Clark, Asst. Atty. Gen., for petitioner.

Herman H. Ross and T. Eugene Burts, Florence, opposed.

PER CURIAM.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision in Cole v. State, 144 So.2d 54 (8 Div. 716).

Writ denied.

LIVINGSTON, C. J., and SIMPSON, GOODWYN and MERRILL, JJ., concur.

134 So.2d 757

**Shirley DANIEL**

v.

**STATE.**

**6 Div. 804.**

Supreme Court of Alabama.

Nov. 16, 1961.

Certiorari to Court of Appeals.

MacDonald Gallion, Atty. Gen., and John C. Tyson, III, Asst. Atty. Gen., for petitioner.

Reuben L. Newton, Jasper and John T. Batten, Birmingham, opposed.

LAWSON, Justice.

Petition of the State by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision in Daniel v. State, 134 So.2d 752 (6 Div. 822).

Writ denied.

LIVINGSTON, C. J., and STAKELY and MERRILL, JJ., concur.